petitioner is directed to file his petition for a writ of habeas corpus on or before January 7, 1942. This order prohibiting the removal of Joe Tenner from the State of California is to remain in effect until the further order of this Court.

No. —, original. Ex parte Thomas Contreras; and

No. —, original. Ex parte Harley Stewart. December 22, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. DeWolfe v. California. December 22, 1941. The motion for leave to file bill of complaint is denied. *Mr. William H. Metson* for complainant.

No. —, original. Ex parte John Botwinski. January 5, 1942. *Per Curiam:* It does not appear that petitioner has exhausted his state remedies by applying for a writ of error coram nobis. *State ex rel. Dowd v. Superior Court of La Porte County*, 36 N. E. 2d 765; *State ex rel. Kunkel v. Circuit Court of La Porte County*, 209 Ind. 682, 200 N. E. 614. The motion for leave to file a petition for writ of habeas corpus is therefore denied without prejudice. *Mooney v. Holohan*, 294 U. S. 103. *Mr. Oscar B. Thiel* for petitioner.

No. 794. Perkins, Trading as Perkins Battery Co., *v.* Pennsylvania. January 5, 1942. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. § 1606 (a) of the Internal Revenue Code as amended, 53 Stat. 1391; *Kentucky Whip & Collar Co. v. Illinois Central Railroad Co.*, 299 U. S. 334. *Mr. Samuel Kagle* for